UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GODWIN GAMELI LADZEKPO,<br><br>    Plaintiff,<br><br>  v.<br><br>M. HRITZ, et al.,<br><br>    Defendants. | Case No.  16-cv-01695-KAW<br><br>**ORDER GRANTING PLAINTIFF'S REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE**<br><br>Re: Dkt. No. 11 |

On June 28, 2016, Plaintiff Godwin Gameli Ladzekpo filed a request to continue the initial case management conference scheduled for July 5, 2016, because he has been unable to serve Defendants. (Dkt. No. 11.)

On May 20, 2016, the Court granted Plaintiff's motion to proceed *in forma pauperis* and ordered the U.S. Marshal to complete service on Defendants. (Dkt. No. 8.)  To date, this has not occurred.

Accordingly, the Court GRANTS Plaintiff's request, and the case management conference is continued to September 27, 2016 at 11:00 a.m. at U.S. District Court, 1301 Clay St., Oakland, California.

Additionally, Plaintiff is advised that he is not responsible for serving Defendants.  He should, however, advise the Court if service is not affected 14 days prior to the case management conference.

IT IS SO ORDERED.

Dated: June 30, 2016

_____
KANDIS A. WESTMORE
United States Magistrate Judge