United States District Court
Northern District of California

1

2

3

4              UNITED STATES DISTRICT COURT

5              NORTHERN DISTRICT OF CALIFORNIA

6

7    GODWIN GAMELI LADZEKPO,                    Case No.  4:16-cv-01695-KAW

              Plaintiff,
8                                              **ORDER TO SHOW CAUSE TO
                                               DEFENDANTS**
        v.
9                                              Re: Dkt. Nos. 14, 27
     M. HRITZ, et al.,
10
              Defendants.
11

12          On August 3, 2016, Defendant California Highway Patrol ("CHP") filed a motion to

13   dismiss the action or transfer venue to the Eastern District of California, which was later joined by

14   Officer M. Hritz. (Dkt. No. 14.)  On October 12, 2016, the Court issued an order requiring

15   Defendants to submit supplemental briefing, on or before October 24, 2016, to address the

16   residency of the California Highway Patrol and Officer Hrtiz for the purposes of venue. (Dkt. No.

17   27.)  To date, Defendants have not filed a supplemental brief as ordered.

18          Accordingly, Defendants are ordered to show cause on or before **October 28, 2016**, to

19   explain why they did not timely file a supplemental brief, and to file a supplemental brief that

20   addresses the issues outlined in the October 12 order or, in the alternative, concedes that the CHP

21   and/or Officer Hritz are residents of the Northern District of California.

22          Failure to timely respond to this order to show cause will result in the denial of the pending

23   motion to dismiss the action or transfer venue on the grounds that the CHP is deemed to reside in

24   the Northern District.

25          IT IS SO ORDERED.

26   Dated: October 25, 2016

27                                             _____
                                               KANDIS A. WESTMORE
28                                             United States Magistrate Judge